# 56 3584

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF MICHIGAN

YUN ZHOU,

        Plaintiff,

    vs.

PETER D. KEISLER, Acting Attorney

General of the United States, MICHAEL

CHERTOFF, Secretary of the

Department of Homeland Security,

EMILIO T. GONZALEZ, Director of the

United States Citizenship and

Immigration Services, and MICK

DEDVUKAJ, Director, Detroit District

Office of the United States Citizenship

And Immigration Services,

        Defendants.

Case: 2:07-cv-14652
Assigned To: Borman, Paul D
Referral Judge: Scheer, Donald A
Filed: 10-30-2007 At 02:02 PM
CMP: ZHOU V. KEILER ET AL (NH)

COMPLAINT - 1

Piston & Carpenter, P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
alex@piston.net

**COMPLAINT**

1. This is an application for a hearing by plaintiff YUN ZHOU, alien registration number 077-826-334, on her application for naturalization, receipt number LIN*000849772.

**JURISDICTION**

2. This application is brought pursuant to 8 U.S.C. § 1447(b), which provides that "if there is a failure to make a determination under section 335, 8 U.S.C. §1446, before the end of the 120-day period after the date on which the examination is conducted under such section, the applicant may apply to the United States district court for the district in which the applicant resides for a hearing on the matter. Such court has jurisdiction over the matter and may either determine the matter or remand the matter, with appropriate instructions, to the Service to determine the matter."

**DESCRIPTION OF PARTIES**

3. The plaintiff, YUN ZHOU, is a citizen of China, lawfully admitted to the United States for permanent residence, who resides in Belleville, Michigan.

COMPLAINT - 2

Piston & Carpenter, P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
alex@piston.net

4. The defendant, PETER D. KEISLER, is the Acting Attorney General of the United States, and as such has been conferred sole authority to naturalize persons as citizens of the United States. 8 U.S.C. § 1421.  He resides in the District of Columbia.

5. The defendant, MICHAEL CHERTOFF, is the Secretary of the Department of Homeland Security, and as such has been delegated by the Attorney General the authority to adjudicate applications for naturalization. He resides in the District of Columbia.

6. The defendant, EMILIO T. GONZALEZ is the Director of the United States Citizenship and Immigration Services (the "USCIS"), the agency within the Department of Homeland Security which adjudicates applications for naturalization. He resides in the District of Columbia.

7. The defendant, Mick Dedvukaj, is the Acting Director of the Detroit District Office of the United States Citizenship and Immigration Services, where Ms. Zhou's application for naturalization is currently pending. He resides in the State of Michigan.

## FACTUAL NARRATIVE

8. On March 1st, 2001, Ms. Zhou was lawfully admitted to the United

COMPLAINT - 3

Piston & Carpenter, P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
alex@piston.net

States for permanent residence.

9. Ms. Zhou has been during all periods relevant to this action, and still is, a person of good moral character, attached to the principles of the Constitution of the United States, and well disposed to the good order and happiness of the United States.

10. In December of 2005, Ms. Zhou filed an N400 application for naturalization for consideration by the Nebraska Service Center of the USCIS.

11. On or about February 17th, 2006, Ms. Zhou appeared at the Detroit, Michigan CIS Applications Support Center to have her fingerprints taken.

12. Ms. Zhou was examined on her application under 8 U.S.C. § 1446 on May 5, 2006 at the USCIS Detroit district office by USCIS Officer Schwartz.

13. On that date she demonstrated an understanding of the English language, including an ability to read, write, and speak words in ordinary usage in the English language as well as a knowledge and understanding of the fundamentals of the history, and of the principles and form of government, of the United States.

14. On that date, she was issued a Naturalization Interview Results form indicating that "You passed the tests of English and U.S. history and

COMPLAINT - 4

Piston & Carpenter, P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
alex@piston.net

government.", and further stating "A decision cannot yet be made regarding your application.  SECURITY CHECK PENDING."

15. After waiting for more than one year, Ms. Zhou called the USCIS Customer Service hotline at 1-800-375-5283 on May 4, 2007 to inquire about the status of this case. She received a letter from USCIS on June 22, 2007, advising that: "The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open."

16. Ms. Zhou inquired again at the customer service hotline number in July of 2007, and got a similar response from USCIS dated July 11, 2007.

17. Several Months later, Ms. Zhou scheduled an INFOPASS appointment at the USCIS Office at 260 Mt. Elliot, in Detroit, Michigan, for September 14, 2007. During the appointment, she was again advised that the case was still pending due to background checks. In fact, The USCIS Information Officer suggested to her that filling a petition against the Government might speed up this case.

18. Ms. Zhou has not received any further communication from the USCIS pertaining to this matter.

19. Although Ms. Zhou has made every reasonable effort to cooperate with the defendants and has shown extraordinary patience, still, almost two years after

COMPLAINT - 5

Piston & Carpenter, P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
alex@piston.net

her application was filed, and over 530 days after she was interviewed under 8 U.S.C. §1446, and despite the polite inquiries made by her, she has not received a decision on his application, nor even the slightest hint of when such a decision may be expected.

### RELIEF REQUESTED

20. Accordingly, Ms. Zhou respectfully requests this Court to hear her application for naturalization and, upon hearing, determine that she meets all requirements of naturalization and order the defendants to naturalize her as a citizen of the United States without further delay, taking whatever necessary steps, including the expediting of the necessary background checks to comply with the courts order. Ms. Zhou further respectfully requests that this court expressly retain jurisdiction until Ms. Zhou's application is approved.

//

COMPLAINT - 6

Piston & Carpenter, P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
alex@piston.net

Dated this 29th day of October, 2007

Alexander G. Vernon P68726
Attorney for Plaintiff
Piston & Carpenter, P.C.
4000 Livernois Road, Ste. 110
Troy, MI 48098
(248)524-1936 telephone
(248)680-0627 facsimile
alex@piston.net

COMPLAINT - 7

Piston & Carpenter, P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
alex@piston.net

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF MICHIGAN

YUN ZHOU,

               Plaintiff,

     vs.

PETER D. KEISLER, Acting Attorney

General of the United States, MICHAEL

CHERTOFF, Secretary of the

Department of Homeland Security,

EMILIO T. GONZALEZ, Director of the

United States Citizenship and

Immigration Services,  and  MICK

DEDVUKAJ, Director, Detroit District

Office of the United States Citizenship

And Immigration Services,

               Defendants.

**CASE NO.**

**EXHIBIT LIST**

EXHIBIT LIST - 1

Piston & Carpenter, P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
alex@piston.net

# EXHIBIT LIST

| | |
|---|---|
| Exhibit A | September 14, 2007 Infopass Appointment Confirmation |
| Exhibit B | July 11, 2007 Inquiry Response letter from USCIS to Yun Zhou pertaining to June 22, 2007 USCIS Customer Service Inquiry |
| Exhibit C | June 01, 2007 Inquiry Response letter from USCIS to Yun Zhou pertaining to May 04, 2007 USCIS Customer Service Inquiry |
| Exhibit D | Form N-652, May 09, 2006 Naturalization Interview Results |
| Exhibit E | I-797C, Fingerprint Notification dated January 23, 2006 |
| Exhibit F | Form N-400, Application for Naturalization filed on December 09, 2005 with USCIS |

Dated this 29th day of October, 2007

Alexander G. Vernon P68726
Attorney for Plaintiff
Piston & Carpenter, P.C.
4000 Livernois Road, Ste. 110
Troy, MI 48098
(248)524-1936 telephone
(248)680-0627 facsimile
alex@piston.net

EXHIBIT LIST - 2

Piston & Carpenter, P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
alex@piston.net

A

*We moved this appointment from 9:00 am to 9:30 am September 14, 2007 Unfortunately I did not make a copy of the schedule.*

*Kion Wong*

**INFOPASS**
Your e-Ticket to Immigration Information.

| | |
|---|---|
| **Name:** | **Yun Zhou** |
| **Appointment Type:** | **Question about case** |
| **Confirmation No.:** | **DET-07-14432**     **Authentication Code:  bf31** |
| **Appointment Date:** | **September 14, 2007** |
| **Appointment Time:** | **9:00 AM** |
| **Location:** | **260 MT. ELLIOT, Detroit, MI.48207; LOBBY** |

### This is your Confirmation Number:



*DET-07-14432*

## If you wish to cancel this appointment, you will need the following Personal Identification Number:
### 87970

**Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.**

- **You must appear in person and bring photo identification along with this appointment letter.**
- **Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)**
- **In order that we may serve you more efficiently, we recommend that you bring all applicable immigration forms, letters, receipts and supporting documents. If translations are used, they should be certified. Please bring the original documents as well.**



*B*



U.S. Department of Homeland Security
333 Mount Elliott
Detroit, MI 48207
Detroit, MI 48207

**U.S. Citizenship
and Immigration
Services**

Wednesday, July 11, 2007

YUN ZHOU
43884 STONE BRIDGE DR
BELLEVILLE MI 48111

Dear Yun Zhou:

On 06/22/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | Applicant or Petitioner |
| **Attorney Name:** | Information not available |
| **Case type:** | N400 |
| **Filing date:** | 12/16/2005 |
| **Receipt #:** | LIN*000849772 |
| **Beneficiary (if you filed for someone else):** | Information not available |
| **Your USCIS Account Number (A-number):** | A077826334 |
| **Type of service requested:** | Outside Normal Processing Times |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services



**U.S. Department of Homeland Security**
333 Mount Elliott
Detroit, MI 48207
Detroit, MI 48207

**U.S. Citizenship
and Immigration
Services**

Friday, June 1, 2007

YUN ZHOU
43884 STONEBRIDGE DRIVE
BELLEVILLE MI 48111

Dear yun zhou :

On 05/04/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | N400 |
| **Filing date:** | 12/16/2005 |
| **Receipt #:** | lin*000849772 |
| **Beneficiary (if you filed for someone else):** | zhou , yun |
| **Your USCIS Account Number (A-number):** | A077826334 |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

Department of Homeland Security
U.S. Citizenship and Immigration Services

**N-652, Naturalization Interview Results**

A#: _177 826 334_

On _5/9/06_ , you were interviewed by USCIS officer ___SCHWARTZ___

**D**

☑ You passed the tests of English and U.S. history and government.

☐ You passed the tests of U.S. history and government and the English language requirement was waived.

☐ USCIS has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

☐ You will be given another opportunity to be tested on your ability to _____ speak/_____ read/_____ write _____ English.

☐ You will be given another opportunity to be tested on your knowledge of U.S. history and government.

☐ Please follow the intructions on Form N-14.

☐ USCIS will send you a written decision about your application.

☐ You did not pass the second and final test of your _____ English ability/_____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this Form N-400. USCIS will send you a written decision about your application.

A) _____ Congratulations! Your application has been recommended for approval. At this time it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

B) ___/___ A decision cannot yet be made about your application.

It is very important that you:

☑ Notify USCIS if you change your address

☑ Come to any scheduled interview.

☑ Submit all requested documents.

☑ Send any questions about this application in writing to the officer named above. Include your full name, Alien Registration Number (A#), and a copy of this paper.

☑ Go to any Oath Ceremony that you are scheduled to attend.

☑ Notify USCIS as soon as possible in writing if you cannot come to any scheduled interview or Oath Ceremony. Include a copy of this paper and a copy of the scheduling notice.

**NOTE:** Please be advised that under section 336 of the Immigration and Nationality Act, you have the right to request a hearing before an immigration officer if your application is denied, or before the U.S. district court if USCIS had not made a determination on your application within 120 days of the date of your examination.

Form N-652 (Rev. 01/14/05)N

U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

| Fingerprint Notification | | | NOTICE DATE January 23, 2006 |
|---|---|---|---|
| CASE TYPE N400   Application For Naturalization | | | INS A# A 077 826 334 |
| APPLICATION NUMBER LIN*000849772 | RECEIVED DATE December 16, 2005 | PRIORITY DATE December 16, 2005 | PAGE 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

YUN ZHOU
43884 STONEBRIDGE DRIVE
BELLEVILLE MI  48111

To process your application, INS must take your fingerprints and have them cleared by the FBI. **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.** If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below. **RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW OR FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

**APPLICATION SUPPORT CENTER**
INS DETROIT
2652 EAST JEFFERSON AVE.
CHENE SQUARE MALL
DETROIT MI 48207

**DATE AND TIME OF APPOINTMENT**
02/17/2006
09:00 AM

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

## REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available:   ☐ Wednesday afternoon   ☐ Saturday afternoon

INS cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

INS DETROIT
2652 EAST JEFFERSON AVE.
CHENE SQUARE MALL
DETROIT MI 48207

If you have any questions regarding this notice, please call 1-800-375-5283.

APPLICATION NUMBER
LIN*000849772

APPLICANT COPY

### WARNING!
*Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.*

Form I-797C (Rev. 01/31/05) N

OMB No. 1615-0052

**Department of Homeland Security**
U.S Citizenship and Immigration Services

**N-400 Application**
**for Naturalization**

Print clearly or type your answers using CAPITAL letters.  Failure to print clearly may delay your application.  Use black ink.

| **Part 1.  Your Name.** *(The Person Applying for Naturalization)* | Write your  USCIS "A"- number here: |
|---|---|

A. Your current legal name.

Family Name *(Last Name)*

**ZHOU**

Given Name *(First Name)* | Full Middle Name *(If applicable)*

**YUN**

Λ **077 - 826 - 334**

**For USCIS Use Only**

| Bar Code | Date Stamp |
|---|---|

B. Your name **exactly** as it appears on your Permanent Resident Card.

Family Name *(Last Name)*

**ZHOU**

Given Name *(First Name)* | Full Middle Name *(If applicable)*

**YUN**

Remarks

C. If you have ever used other names, provide them below.

| Family Name *(Last Name)* | Given Name *(First Name)* | Middle Name |
|---|---|---|
| ZHOU | JOLYNN | |
| | | |
| | | |

D. Name change *(optional)*

Please read the Instructions before you decide whether to change your name.

1. Would you like to legally change your name?  ☐ Yes  ☐ No
2. If "Yes," print the new name you would like to use. Do not use initials or abbreviations when writing your new name.

Family Name *(Last Name)*

Given Name *(First Name)* | Full Middle Name

Action Block

| **Part 2.  Information About Your Eligibility.**  *(Check Only One)* |
|---|

I am at least 18 years old **AND**

A. ☒ I have been a Lawful Permanent Resident of the United States for at least five years.

B. ☐ I have been a Lawful Permanent Resident of the United States for at least three years, **and**
I have been married to and living with the same U.S. citizen for the last three years,
and my spouse has been a U.S. citizen for the last three years.

C. ☐ I am applying on the basis of qualifying military service.

D. ☐ Other *(Please explain)* _____

Form N-400 (Rev. 10/26/05)Y

**Part 3. Information About You.**

Write your USCIS "A"- number here:

A  077 - 826 - 334

**A.** U.S. Social Security Number

367 - 25 - 6854

**B.** Date of Birth *(mm/dd/yyyy)*

08 /27 /1973

**C.** Date You Became a Permanent Resident *(mm/dd/yyyy)*

03 /01 /2001

**D.** Country of Birth

P. R. CHINA

**E.** Country of Nationality

P. R. CHINA

**F.** Are either of your parents U.S. citizens? *(if yes, see Instructions)*  ☐ Yes  ☒ No

**G.** What is your current marital status?  ☐ Single, Never Married  ☒ Married  ☐ Divorced  ☐ Widowed

☐ Marriage Annulled or Other *(Explain)* _____

**H.** Are you requesting a waiver of the English and/or U.S. History and Government requirements based on a disability or impairment and attaching a Form N-648 with your application?  ☐ Yes  ☒ No

**I.** Are you requesting an accommodation to the naturalization process because of a disability or impairment? *(See Instructions for some examples of accommodations.)*  ☐ Yes  ☒ No

If you answered "Yes," check the box below that applies:

☐ I am deaf or hearing impaired and need a sign language interpreter who uses the following language: _____

☐ I use a wheelchair.

☐ I am blind or sight impaired.

☐ I will need another type of accommodation. Please explain: _____

**Part 4. Addresses and Telephone Numbers.**

**A.** Home Address - Street Number and Name *(Do not write a P.O. Box in this space)*

43884  STONEBRIDGE  DRIVE

Apartment Number

| City | County | State | ZIP Code | Country |
|------|--------|-------|----------|---------|
| BELLEVILLE | WAYNE | MICHIGAN | 48111 | USA |

**B.** Care of

Mailing Address - Street Number and Name *(If different from home address)*

Apartment Number

City | State | ZIP Code | Country

**C.** Daytime Phone Number *(If any)*

(734) 972 - 3037

Evening Phone Number *(If any)*

(734) 699 - 7613

E-mail Address *(If any)*

YunYun20E @ YAHoo. coM

**Part 5. Information for Criminal Records Search.**

| Write your USCIS "A" number here: |
| A 077 - 826 - 334 |

NOTE: The categories below are those required by the FBI. See Instructions for more information.

**A. Gender**

☐ Male  ☒ Female

**B. Height**

5 Feet  2 Inches

**C. Weight**

105 Pounds

**D. Are you Hispanic or Latino?**  ☐ Yes  ☒ No

**E. Race** *(Select one or more.)*

☐ White  ☒ Asian  ☐ Black or African American  ☐ American Indian or Alaskan Native  ☐ Native Hawaiian or Other Pacific Islander

**F. Hair color**

☐ Black  ☒ Brown  ☐ Blonde  ☐ Gray  ☐ White  ☐ Red  ☐ Sandy  ☐ Bald (No Hair)

**G. Eye color**

☒ Brown  ☐ Blue  ☐ Green  ☐ Hazel  ☐ Gray  ☐ Black  ☐ Pink  ☐ Maroon  ☐ Other

**Part 6. Information About Your Residence and Employment.**

A. Where have you lived during the last five years? Begin with where you live now and then list every place you lived for the last five years. If you need more space, use a separate sheet(s) of paper.

| Street Number and Name, Apartment Number, City, State, Zip Code and Country | Dates *(mm/dd/yyyy)* | |
|---|---|---|
| | From | To |
| Current Home Address - Same as Part 4.A | 08/01/2003 | Present |
| 37450 FOUNTAIN PARK CIR, APT 406, WESTLAND MICHIGAN, 48111, USA | 08/01/2002 | 7/31/2003 |
| 2208 GLENCOE HILLS DR, APT6, ANN ARBOR MICHIGAN, 48108, USA | 07/22/1999 | 7/31/2002 |

B. Where have you worked (or, if you were a student, what schools did you attend) during the last five years? Include military service. Begin with your current or latest employer and then list every place you have worked or studied for the last five years. If you need more space, use a separate sheet of paper.

| Employer or School Name | Employer or School Address *(Street, City and State)* | Dates *(mm/dd/yyyy)* | | Your Occupation |
|---|---|---|---|---|
| | | From | To | |
| WAYNE STATE UNIVERSITY | 5201 CASS AVE., DETROIT, MI 48202 | 01/07/2004 | PRESENT | MBA STUDENT |
| AXA ADVISORS | 1155 BREWERY PARK STE 100, DETROIT, MI 48207 | 07/01/2002 | 03/28/2004 | FINANCIAL CONSULTANT |
| CLEARY UNIVERSITY | 3601 PLYMOUTH RD. ANN ARBOR, MI 48105 | 01/09/2001 | 06/15/2002 | STUDENT |
| | | | | |
| | | | | |

**Part 7. Time Outside the United States.**
*(Including Trips to Canada, Mexico and the Caribbean Islands)*

Write your USCIS "A"- number here:
A 077 - 826 - 334

A. How many total days did you spend outside of the United States during the past five years?  161 days

B. How many trips of 24 hours or more have you taken outside of the United States during the past five years?  3 trips

C. List below all the trips of 24 hours or more that you have taken outside of the United States since becoming a Lawful Permanent Resident. Begin with your most recent trip. If you need more space, use a separate sheet(s) of paper.

| Date You Left the United States (mm/dd/yyyy) | Date You Returned to the United States (mm/dd/yyyy) | Did Trip Last Six Months or More? | Countries to Which You Traveled | Total Days Out of the United States |
|---|---|---|---|---|
| 12/10/2001 | 01/08/2002 | ☐ Yes ☒ No | P. R. CHINA | 29 |
| 07/22/2003 | 09/07/2003 | ☐ Yes ☒ No | P. R. CHINA | 47 |
| 05/19/2004 | 08/13/2004 | ☐ Yes ☒ No | P. R. CHINA | 85 |
| | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |

**Part 8. Information About Your Marital History.**

A. How many times have you been married (including annulled marriages)?  1  If you have **never** been married, go to Part 9.

B. If you are now married, give the following information about your spouse:

**1.** Spouse's Family Name *(Last Name)*  WONG
Given Name *(First Name)*  KIEN
Full Middle Name *(If applicable)*  KIAT

**2.** Date of Birth *(mm/dd/yyyy)*  12/01/1966
**3.** Date of Marriage *(mm/dd/yyyy)*  03/08/1999
**4.** Spouse's U.S. Social Security #  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

**5.** Home Address - Street Number and Name  43884 STONEBRIDGE DRIVE
Apartment Number

City  BELLEVILLE
State  MICHIGAN
Zip Code  48111

**Part 8. Information About Your Marital History.** *(Continued)*

Write your USCIS "A"- number here:
A 077 - 826 - 334

**C.** Is your spouse a U.S. citizen?   ☐ Yes   ☒ No

**D.** If your spouse is a U.S. citizen, give the following information:

   **1.** When did your spouse become a U.S. citizen?   ☐ At Birth   ☐ Other

   If "Other," give the following information:

   **2.** Date your spouse became a U.S. citizen

   **3.** Place your spouse became a U.S. citizen *(Please see Instructions)*

   City and State

**E.** If your spouse is **not** a U.S. citizen, give the following information :

   **1.** Spouse's Country of Citizenship

   MALAYSIA

   **2.** Spouse's USCIS "A"- Number *(If applicable)*

   A 077 - 826 - 333

   **3.** Spouse's Immigration Status

   ☒ Lawful Permanent Resident   ☐ Other _____

**F.** If you were married before, provide the following information about your prior spouse. If you have more than one previous marriage, use a separate sheet(s) of paper to provide the information requested in Questions 1-5 below.

| **1.** Prior Spouse's Family Name *(Last Name)* | Given Name *(First Name)* | Full Middle Name *(If applicable)* |
|---|---|---|
| | | |

| **2.** Prior Spouse's Immigration Status | **3.** Date of Marriage *(mm/dd/yyyy)* | **4.** Date Marriage Ended *(mm/dd/yyyy)* |
|---|---|---|
| ☐ U.S. Citizen | | |
| ☐ Lawful Permanent Resident | **5.** How Marriage Ended | |
| ☐ Other _____ | ☐ Divorce  ☐ Spouse Died  ☐ Other | |

**G.** How many times has your current spouse been married (including annulled marriages)?   [ ]

If your spouse has **ever** been married before, give the following information about **your spouse's** prior marriage.
If your spouse has more than one previous marriage, use a separate sheet(s) of paper to provide the information requested in Questions 1 - 5 below.

| **1.** Prior Spouse's Family Name *(Last Name)* | Given Name *(First Name)* | Full Middle Name *(If applicable)* |
|---|---|---|
| | | |

| **2.** Prior Spouse's Immigration Status | **3.** Date of Marriage *(mm/dd/yyyy)* | **4.** Date Marriage Ended *(mm/dd/yyyy)* |
|---|---|---|
| ☐ U.S. Citizen | | |
| ☐ Lawful Permanent Resident | **5.** How Marriage Ended | |
| ☐ Other _____ | ☐ Divorce  ☐ Spouse Died  ☐ Other | |

**Part 10. Additional Questions. (Continued)**

Write your USCIS "A"- number here:
A 077 - 826 - 334

**B. Affiliations.**

8. **a.** Have you **ever** been a member of or associated with any organization, association, fund, foundation, party, club, society or similar group in the United States or in any other place?   ☒ Yes   ☐ No

   **b.** If you answered "Yes," list the name of each group below. If you need more space, attach the names of the other group(s) on a separate sheet(s) of paper.

| Name of Group | Name of Group |
|---|---|
| 1. MICHIGAN WOMAN BUSINESS ASSO. | 6. |
| 2. CHINESS ASSOCIATION OF GREAT DETROIT | |
| 3. | 8. |
| 4. | 9. |
| 5. | 10. |

9. Have you ever been a member of or in any way associated *(either directly or indirectly)* with:

   **a.** The Communist Party?   ☐ Yes   ☒ No

   **b.** Any other totalitarian party?   ☐ Yes   ☒ No

   **c.** A terrorist organization?   ☐ Yes   ☒ No

10. Have you **ever** advocated *(either directly or indirectly)* the overthrow of any government by force or violence?   ☐ Yes   ☒ No

11. Have you **ever** persecuted *(either directly or indirectly)* any person because of race, religion, national origin, membership in a particular social group or political opinion?   ☐ Yes   ☒ No

12. Between March 23, 1933 and May 8, 1945, did you work for or associate in any way *(either directly or indirectly)* with:

   **a.** The Nazi government of Germany?   ☐ Yes   ☒ No

   **b.** Any government in any area (1) occupied by, (2) allied with, or (3) established with the help of the Nazi government of Germany?   ☐ Yes   ☒ No

   **c.** Any German, Nazi, or S.S. military unit, paramilitary unit, self-defense unit, vigilante unit, citizen unit, police unit, government agency or office, extermination camp, concentration camp, prisoner of war camp, prison, labor camp or transit camp?   ☐ Yes   ☒ No

**C. Continuous Residence.**

Since becoming a Lawful Permanent Resident of the United States:

13. Have you ever called yourself a "nonresident" on a Federal, state or local tax return?   ☐ Yes   ☒ No

14. Have you ever failed to file a Federal, state or local tax return because you considered yourself to be a "nonresident"?   ☐ Yes   ☒ No

**Part 10. Additional Questions. (Continued)**

Write your USCIS "A"- number here:
A *077 - 826 - 334*

**D. Good Moral Character.**

For the purposes of this application, you must answer "Yes" to the following questions, if applicable, even if your records were sealed or otherwise cleared or if anyone, including a judge, law enforcement officer or attorney, told you that you no longer have a record.

| | | | |
|---|---|---|---|
| 15. | Have you **ever** committed a crime or offense for which you were not arrested? | ☐ Yes | ☒ No |
| 16. | Have you **ever** been arrested, cited or detained by any law enforcement officer (including USCIS or former INS and military officers) for any reason? | ☐ Yes | ☒ No |
| 17. | Have you **ever** been charged with committing any crime or offense? | ☐ Yes | ☒ No |
| 18. | Have you **ever** been convicted of a crime or offense? | ☐ Yes | ☒ No |
| 19. | Have you **ever** been placed in an alternative sentencing or a rehabilitative program (for example: diversion, deferred prosecution, withheld adjudication, deferred adjudication)? | ☐ Yes | ☒ No |
| 20. | Have you **ever** received a suspended sentence, been placed on probation or been paroled? | ☐ Yes | ☒ No |
| 21. | Have you **ever** been in jail or prison? | ☐ Yes | ☒ No |

If you answered "Yes" to any of Questions 15 through 21, complete the following table. If you need more space, use a separate sheet (s) of paper to give the same information.

| Why were you arrested, cited, detained or charged? | Date arrested, cited, detained or charged? *(mm/dd/yyyy)* | Where were you arrested, cited, detained or charged? *(City, State, Country)* | Outcome or disposition of the arrest, citation, detention or charge *(No charges filed, charges dismissed, jail, probation, etc.)* |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

Answer Questions 22 through 33. If you answer "Yes" to any of these questions, attach (1) your written explanation why your answer was "Yes" and (2) any additional information or documentation that helps explain your answer.

| | | | |
|---|---|---|---|
| 22. | Have you **ever**: | | |
| | a. Been a habitual drunkard? | ☐ Yes | ☒ No |
| | b. Been a prostitute, or procured anyone for prostitution? | ☐ Yes | ☒ No |
| | c. Sold or smuggled controlled substances, illegal drugs or narcotics? | ☐ Yes | ☒ No |
| | d. Been married to more than one person at the same time? | ☐ Yes | ☒ No |
| | e. Helped anyone enter or try to enter the United States illegally? | ☐ Yes | ☒ No |
| | f. Gambled illegally or received income from illegal gambling? | ☐ Yes | ☒ No |
| | g. Failed to support your dependents or to pay alimony? | ☐ Yes | ☒ No |
| 23. | Have you **ever** given false or misleading information to any U.S. government official while applying for any immigration benefit or to prevent deportation, exclusion or removal? | ☐ Yes | ☒ No |
| 24. | Have you **ever** lied to any U.S. government official to gain entry or admission into the United States? | ☐ Yes | ☒ No |

**Part 11. Your Signature.**

Write your USCIS "A"- number here:

A 077 - 826 - 334

I certify, under penalty of perjury under the laws of the United States of America, that this application, and the evidence submitted with it, are all true and correct. I authorize the release of any information that the USCIS needs to determine my eligibility for naturalization.

Your Signature

Date *(mm/dd/yyyy)*

12 / 09 / 2005

**Part 12. Signature of Person Who Prepared This Application for You. (If Applicable)**

I declare under penalty of perjury that I prepared this application at the request of the above person. The answers provided are based on information of which I have personal knowledge and/or were provided to me by the above named person in response to the *exact questions* contained on this form.

Preparer's Printed Name

Preparer's Signaure

Date *(mm/dd/yyyy)*

Preparer's Firm or Organization Name *(If applicable)*

Preparer's Daytime Phone Number

Preparer's Address - Street Number and Name

City

State

Zip Code

**NOTE: Do not complete Parts 13 and 14 until a USCIS Officer instructs you to do so.**

**Part 13. Signature at Interview.**

I swear (affirm) and certify under penalty of perjury under the laws of the United States of America that I know that the contents of this application for naturalization subscribed by me, including corrections numbered 1 through _____ and the evidence submitted by me numbered pages 1 through _____, are true and correct to the best of my knowledge and belief.

Subscribed to and sworn to (affirmed) before me

Officer's Printed Name or Stamp

Date *(mm/dd/yyyy)*

Complete Signature of Applicant

Officer's Signature

**Part 14. Oath of Allegiance.**

If your application is approved, you will be scheduled for a public oath ceremony at which time you will be required to take the following oath of allegiance immediately prior to becoming a naturalized citizen. By signing, you acknowledge your willingness and ability to take this oath:

I hereby declare, on oath, that I absolutely and entirely renounce and abjure all allegiance and fidelity to any foreign prince, potentate, state, or sovereignty, of whom or which which I have heretofore been a subject or citizen;

that I will support and defend the Constitution and laws of the United States of America against all enemies, foreign and domestic;

that I will bear true faith and allegiance to the same;

that I will bear arms on behalf of the United States when required by the law;

that I will perform noncombatant service in the Armed Forces of the United States when required by the law;

that I will perform work of national importance under civilian direction when required by the law; and

that I take this obligation freely, without any mental reservation or purpose of evasion; so help me God.

Printed Name of Applicant

Complete Signature of Applicant

# CIVIL COVER SHEET

County in which this action arose   WAYNE

...a civil cover sheet and the information contained...ein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as ...d by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose ...nitiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| **(a) PLAINTIFFS** | **DEFENDANTS** |
|---|---|
| YUN ZHOU | Acting U.S. Attorney General, PETER D. KEISLER, D.H.S., MICHAEL CHERTOFF, Secretary, U.S.C.I.S., EMILIOT T. GONZALEZ, Director, and U.S.C.I.S.-Detroit District Office, MICK DEDVUKAJ, Director |

| **(b)** County of Residence of First Listed Plaintiff   WAYNE | County of Residence of First Listed Defendant |
|---|---|
| (EXCEPT IN U.S. PLAINTIFF CASES) | (IN U.S. PLAINTIFF CASES ONLY) |
| | NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED. |

| **(c)** Attorney's (Firm Name, Address, and Telephone Number) | Attorneys (If Known) |
|---|---|
| Alexander G. Vernon<br>Piston & Carpenter P.C.<br>4000 Livernois, Suite 110, Troy, MI  48098 | Stephen J. Murphy, III, U.S. Attorney<br>211 West Fort Street, Suite 2001<br>Detroit, MI  48226 |

## II. BASIS OF JURISDICTION (Select One Box Only)

☐ 1  U.S. Government Plaintiff

☐ 3  Federal Question
(U.S. Government Not a Party)

☑ 2  U.S. Government Defendant

☐ 4  Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Select One Box for Plaintiff

(Fo

Citizen

Citizen

Citizen
Foreign Country

Case: 2:07-cv-14652
Assigned To: Borman, Paul D
Referral Judge: Scheer, Donald A
Filed: 10-30-2007 At 02:02 PM
CMP: ZHOU V. KEILER ET AL (NH)

EF
1 4

) 5

) 6

## IV. NATURE OF SUIT (Select One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment &Enforcementof Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury | **PERSONAL INJURY**<br>☐ 362 Personal Injury - Med. Malpractice<br>☐ 365 Personal Injury - Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 R.R. & Truck<br>☐ 650 Airline Regs.<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark | ☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Sat TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☑ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **LABOR** | **SOCIAL SECURITY** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 444 Welfare<br>☐ 445 Amer. w/Disabilities - Employment<br>☐ 446 Amer. w/Disabilities - Other<br>☐ 440 Other Civil Rights | ☐ 510 Motions to Vacate Sentence<br>**Habeas Corpus:**<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition | ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt.Reporting & Disclosure Act<br>☐ 740 Railway Labor Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS   Third Party 26 USC 7609 | ☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 895 Freedom of Information Act<br>☐ 900 Appeal of Fee Determination Under Access to Justice<br>☐ 950 Constitutionality of State Statutes |

890

## V. ORIGIN (Select One Box Only)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
8 U.S.C. Section 1447 (h)

Brief description of cause:
Petition for hearing by plaintiff on her application for naturalization.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $   CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☑ No

## VIII. RELATED CASE(S) IF ANY

(See instructions)   JUDGE   DOCKET NUMBER

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| October 29, 2007 | |

**FOR OFFICE USE ONLY**

| RECEIPT # | AMOUNT | APPLYING IFP | JUDGE | MAG. JUDGE |
|---|---|---|---|---|

RSUANT TO LOCAL RULE 83.11

1.           Is this a case that has been previously dismissed?       ☐ Yes  ☑ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

2.       Other than stated above, are there any pending or previously
discontinued or dismissed companion cases in this or any other
court, including state court? (Companion cases are matters in which
it appears substantially similar evidence will be offered or the same
or related parties are present and the cases arise out of the same
transaction or occurrence.)       ☐ Yes  ☑ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

Notes :